IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO.   DKC-19-524 |
| | * | |
| GARY BROWN, JR. | * | |
| | * * * * * | |

## MOTION TO UNSEAL INFORMATION AND PLEA AGREEMENT

The United States of America, by its attorneys, Robert K. Hur, United States Attorney for

the District of Maryland, and Martin J. Clarke, Assistant United States Attorney for said District,

moves this Honorable Court to Order and direct that the Information and Plea Agreement be

UNSEALED.

Respectfully Submitted,

Robert K. Hur
United States Attorney

_Martin J. Clarke /gmB_
Martin J. Clarke
Assistant United States Attorney

ORDERED as prayed, this  19  day of November, 2019

_Thom M. DiGirolamo_
Thomas M. DiGirolamo
United States Magistrate Judge

1