IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. DKC 19-0524 |
| GARY BROWN, JR. | : |

**ORDER**

Defendant Gary Brown, through counsel, notified the court that he has been offered a position with Instacart and asked if this employment presented any concerns. The government has no objection. To the extent that Mr. Brown's employment modifies the Order setting conditions of his pretrial release, it is approved.

November 20, 2019

_____/s/_____
DEBORAH K. CHASANOW
United States District Judge