IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**     *

        v.     *     **Case No. 1:19-CR-00524-1-DKC**

**GARY BROWN**     *

******

## ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act, **IT IS HEREBY ORDERED**, this 6th day of November, 2019, that Barry J Pollack is hereby appointed to represent the individual.

/s/
_____

Deborah K Chasanow
UNITED STATES DISTRICT JUDGE